UNITED STATES
DISTRICT OF California

FILED
CLERK, U.S. DISTRICT COURT
06/07/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

June 2, 2022

EDCV20-1158-JVS KS
Objetion
to the Recommendation
of United States
magistrate Judge

James Leroye
Jefferson
Plaintiff

V.

C/o C. Cabral
Defendants

The Plaintiff is Against
The Judge The plaintiff has
went out of Her way to Find
The Retine C/o C Cabrail, The
Ligation office Refuse to
Comply with The plaintiff
and The Court, C/o Cabrick
Retine (year Ago, During
The Covid Situtuion, Therefore
The District offer The
plaintiff For help, to
Send A one time to
Chino Instutution For His
Address which They Said She

2

Would have to pay, The District Court has been unfair and not understanding the limit resours that the plaintiff have, In fact the District Could have Summons Chino Ligation for the address and did not do that, Even when the plaintiff file for it and the plaintiff recieve the the Report of Recomaditon on June 2", 2022 at 2:10p.m After the Count Recomerd this on 18th of May which took 2 weeks to Get HERE. The plaintiff Asking the Court to denied the Report and Recommendation of United States magistrate Judge and for Another 90 Extenson or I WAnt to Appeal This In The Ninth Circuit.

Respetfully Submitted



China Institution for men
James L Jefferson
P-34202, Facilty Madera, Cell 105
P.O. box 441
Chino, CA 91708

Legal mail

The Clerk
United States District Court
Central District of California
Office of The Clerk
255 East temple Street Room 180
Los Angeles, CA 90012-3334