# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEROYE JEFFERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O C. CABRAL, et al.,<br><br>　　　　　Defendants. | NO. EDCV 20-1158 JVS (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint ("FAC"), all of the records herein, the May 31, 2023 Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. Having completed its review, the

1   Court accepts the findings and recommendations set forth in the Report. Accordingly,
2   IT IS ORDERED that: (1) Defendant Cabriel's Motion to Dismiss Plaintiff's Fourth Amended
3   Complaint is GRANTED; and (2) judgment shall be entered dismissing this action with
4   prejudice.
5       IT IS SO ORDERED.

7   Dated: August 31, 2023

               _____
                    JAMES V. SELNA
               SENIOR UNITED STATES DISTRICT JUDGE