JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LEROYE JEFFERSON, | ) | NO. EDCV 20-1158 JVS (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| C/O C. CABRAL, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 31, 2023

_____
JAMES V. SELNA
SENIOR UNITED STATES DISTRICT JUDGE